## J. E. PLEDGER v. STATE.
### No. 15325.

Court of Criminal Appeals of Texas.
April 20, 1932.

J. S. Jameson, of Montague, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

CALHOUN, J.

The offense is rape; the punishment, five years in the penitentiary.

No bills of exception or statement of facts appears in the record.

Affidavit by appellant, in proper form, has been filed in this court averring that he no longer desires to prosecute his appeal, but desires to accept his sentence, and asking that the appeal be dismissed.

The motion is granted, and the appeal dismissed.

PER CURIAM.

The foregoing opinion of the Commission of Appeals has been examined by the judges of the Court of Criminal Appeals and approved by the court.

## Boyd SHANNON v. STATE.
### No. 15255.

Court of Criminal Appeals of Texas.
April 27, 1932.

John Morison, of Tyler, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is aggravated assault; penalty assessed at a fine of $25.

The record contains neither statement of facts nor bills of exception. No error has been pointed out or perceived.

The judgment is affirmed.

## Buster WARD v. STATE.
### No. 15322.

Court of Criminal Appeals of Texas.
April 13, 1932.

Sam H. Townsend, of Lufkin, for appellant.
Lloyd W. Davidson, State's Atty., of Austin, for the State.

MORROW, P. J.

The offense is robbery; penalty assessed at confinement in the penitentiary for five years.

Upon the written request of the appellant, duly verified by his affidavit, the appeal is ordered dismissed.

## Lillian Caufield CLARKE et al., Appellants, v. Carolyn Caufield CLARKE, Appellee.
### No. 917.

Court of Civil Appeals of Texas. Waco.
April 14, 1932.

Allan McDonnell, of Waco, for appellants.
W. L. Sleeper, of Waco, for appellee.

BARCUS, J.

The controlling issues involved in this appeal were, on motion for rehearing, certified to the Supreme Court. In answer to said questions the Supreme Court held that the judgment of the trial court should be reversed and judgment rendered vesting title to the property in controversy in appellants Gertrude Caufield, Kathleen Caufield, and Lillian Caufield Clarke in equal proportions, in fee simple. Clarke v. Clarke (Tex. Com. App.) 46 S.W.(2d) 658.

The opinion heretofore rendered in this cause is withdrawn, and in compliance with and upon the authority of said opinion by the Supreme Court, the judgment of the trial court is reversed, and judgment is here rendered denying appellee any recovery and awarding to appellants Gertrude Caufield, Kathleen Caufield, and Lillian Caufield Clarke the property described in the judgment of the trial court, same to be owned and held by them in equal portions, in fee simple.